IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIO G. RAMOS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-13-3022 |
| | : | |
| WARDEN EBBERT, | : | (Judge Brann) |
| | : | |
| Respondent | : | |

# **ORDER**

March 30, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

       BY THE COURT:

         s/  Matthew W. Brann
       Matthew W. Brann
       United States District Judge